**WILLIAM MACKIN, ESQ., P.C.** *(WM 2792)*
**105 N. BROAD STREET**
**SUITE 1**
**WOODBURY, NJ 08096**
(856) 848-2152
(856) 848-4280 Fax
**Attorney For Plaintiffs**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*(Camden Vicinage)*

_____  :
In re:                               :
                                     :  Chapter 7
Mario Sousa and Maria Sousa          :
                                     :  Case No.: 07-20831 JHW
                                     :
    Debtor(s)                        :
_____  :
                                     :  Adv. Pro. No. 10-1294 JHW
Mario Sousa and Maria Sousa,         :
    **Plaintiffs**                   :
                                     :
    vs.                              :
                                     :
Portfolio Recovery Associates, Inc.  :
    **Defendant**                    :
_____  :

**STIPULATION OF DISMISSAL**

Plaintiffs Mario Sousa and Maria Sousa, through their undersigned counsel, hereby stipulate to the voluntary dismissal of the within Adversary Proceeding pursuant to F.R.Bankr.P. 7041 and F.R.Civ.P. 41(a)(1)(A)(I).

Date:   April 29, 2010                         /s/ William Mackin

                                               **WILLIAM MACKIN, ESQ., P.C.**
                                               **105 N. BROAD STREET**
                                               **SUITE 1**
                                               **WOODBURY, NJ 08096**
                                               **Attorney For Plaintiffs**